# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00239-CV

## In re C. L. H., a Minor

## FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## NO. 09-405-FC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Vernard Brown, Jr., seeks to appeal from the trial court's order denying his request for a bench warrant in a suit affecting the parent-child relationship. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.012 (West Supp. 2009), § 51.014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A ruling on a motion for a bench warrant is not an independently appealable order. *See Ewing v. State*, No. 10-09-00045-CR, 2009 Tex. App. LEXIS 2372, at *1 (Tex. App.—Waco Apr. 8, 2009, no pet.) (mem. op., not designated for publication). On February 9, 2010, we notified Brown that the appellate record in this case does not appear to contain a final or otherwise appealable order. Brown's written response fails to demonstrate that an appealable order has been signed by the trial court. Accordingly, this appeal is dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   March 11, 2010